UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BILLY JAMES COLEMAN,

Defendant.

CRIMINAL ACTION NO.
1:24-CR-00263-JPB-JEM-1

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY[1]

The Defendant, Billy James Coleman, by consent, has appeared before the

undersigned United States Magistrate Judge and has entered a plea of guilty to Count

One of the Indictment. After cautioning and examining the Defendant under oath

concerning each of the subjects mentioned in Rule 11, I have determined that the

guilty plea was knowing and voluntary, and that the plea to the offense charged is

supported by an independent basis in fact establishing each of the essential elements

of the offense.

---

[1] Failure to file written objections to this Report and Recommendation within 14
days after service of a copy of this Report and Recommendation shall bar an aggrieved
party from attacking such report and recommendation before the assigned United States
District Judge. *See* 28 U.S.C. § 636(b)(1)(B).

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this 9th day of October, 2024.

**J. ELIZABETH MCBATH**
United States Magistrate Judge

2